FILED: October 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1216
(1:21-cv-00909-AJT-JFA)

_____

ROEE KIVITI; ADIEL KIVITI

      Plaintiffs - Appellants

v.

NAVEEN PRASAD BHATT

      Debtor - Appellee

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk