# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 5, 2024

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Roee Kiviti, et ux.
            v. Naveen Prasad Bhatt
           No. 23-729
           (Your No. 22-1216)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 2, 2024 and placed on the docket January 5, 2024 as No. 23-729.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst